GRANT L. BARTELSTONE v. THE MUTUAL LIFE INSURANCE COMPANY OF NEW YORK.— Motion for reargument of appeal from judgment entered January 20, 1942, denied, with ten dollars costs. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

JACQUES C. TUNICK and Others v. GEORGE PALMENTIERO. (Actions No. 1 and No. 2.) — Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

In the Matter of the Application of IRMA M. READY against WILLIAM HODSON, Commissioner of the Department of Welfare, City of New York, and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

CHINA PLAZA, INC., v. MARNIS OIL CO., INC.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

GEORGE BOLLACK v. SOCIETE GENERALE POUR FAVORISER LE DEVELOPPEMENT DU COMMERCE ET DE L'INDUSTRIE EN FRANCE.—Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon and Untermyer, JJ.

VALLEY ROLLING MILLS, INC., v. IRVING J. FELDMAN, Trading under the Firm Name and Style of COLUMBIA TOOL & SUPPLY Co. CHARLES T. BAIRD, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

STANLEY CLARKE, as Trustee of ASSOCIATED GAS AND ELECTRIC COMPANY, v. THE PUBLIC NATIONAL BANK AND TRUST COMPANY OF THE CITY OF NEW YORK. — Motion for leave to appeal to the Court of Appeals granted. [See ante, p. 719.] Settle order on notice. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

CHARLES A. BUCKLEY and Others v. THE CITY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals granted. [See ante, p. 116.] Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

FLOYD DEL. BROWN v. THE CHAMINADE VELOURS, INC., and Others.— Motion for leave to appeal to the Court of Appeals granted. [See ante, p. 753.] Motion for reargument denied. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

BROADCAST MUSIC, INC., and Another v. GENE BUCK, as President of American Society of Composers, Authors and Publishers, an Unincorporated Membership Association Consisting of More Than Seven Members, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs, and the time of the defendant to answer extended until ten days after service of order, on payment of said costs awarded by the order of this court entered May 1, 1942 [ante, p. 750]. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.